1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
   MARKETING SALES PRACTICES AND           **District Judge: Charles R. Breyer**
13 PRODUCT LIABILITY LITIGATION

14 This Document Relates To:

15 *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
   (05-4450 CRB)                                   **ORDER OF DISMISSAL WITH**
16                                                 **PREJUDICE**

17 *James Rogers Fanning vs. G.D. Searle LLC, et al.*
   (05-4453 CRB)
18

19 *John J. Driscoll vs. Pfizer Inc, et al.*
   (05-4584 CRB)
20

21 *Barbara Clem vs. G.D. Searle LLC, et al.*
   (05-4736 CRB)

22 *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
   (05-5360 CRB)

23 *Johnny Edwards vs. Pfizer Inc, et al.*
   (06-1914 CRB)
24

25 *William Crowley vs. Pfizer Inc*
   (06-2668 CRB)

26 *Connie B. Anderson vs. Pfizer Inc, et al.*
   (06-2784 CRB)
27

28 *Tracy Baral vs. Pfizer Inc, et al.*
   (06-2912 CRB)

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2

*Willevene Gruver, et al. vs. Pfizer Inc, et al.*
(06-2940 CRB)

3

4

*Michael Castle, et al. vs. Pfizer Inc, et al.*
(06-3061 CRB)

5

*Henry Anderson vs. Pfizer Inc, et al.*
(06-3418 CRB)

6

7

*Carolyn Chasteen vs. Pfizer Inc, et al.*
(06-3433 CRB)

8

*James Craig vs. Pfizer Inc, et al.*
(06-3554 CRB)

9

10

*Connie Akridge vs. Pfizer Inc, et al.*
(06-3555 CRB)

11

*Faye Cochran vs. G.D. Searle LLC, et al.*
(06-3654 CRB)

12

13

*Herbert R. Gorham vs. G.D. Searle LLC, et al.*
(06-3657 CRB)

14

*David Dobbins vs. Pfizer Inc, et al.*
(06-3950 CRB)

15

16

*Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
(06-4012 CRB)

17

*Jerry Goodman vs. Pfizer Inc, et al.*
(06-4013 CRB)

18

19

*Gene N. Gordon vs. G.D. Searle LLC, et al.*
(06-4294 CRB)

20

*Alyce B. Elliott vs. Pfizer Inc, et al.*
(06-4419 CRB)

21

22

*Roger D. Conner vs. G.D. Searle LLC, et al.*
(06-4483 CRB)

23

*Elaine Givens vs. Pfizer Inc, et al.*
(06-4608 CRB)

24

25

*Shelia Adams, et al. vs. Pfizer Inc, et al.*
(06-5040 CRB)

26

*Veronica Grice, et al. vs. Pfizer Inc, et al.*
(06-5385 CRB)

27

28

*Jeffery L. Davis vs. Pfizer Inc, et al.*
(06-7009 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

2

3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

5

6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

8

9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

11

12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

14

15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

17

18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

20

21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

23

24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

26

27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1   (07-3643 CRB)

2   *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)

3

4   *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
    (07-3955 CRB)

5   *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)

6

7   *James Dauphinais, et al. vs. Pfizer Inc, et al.*
    (07-4983 CRB)

8   *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)

9

10  *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
    (07-5590 CRB)

11  *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)

12

13  *Peter Fos vs. Pfizer Inc, et al.*
    (07-5685 CRB)

14  *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)

15

16  *Vivian Cobb vs. Pfizer Inc, et al.*
    (08-0257 CRB)

17  *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)

18

19  *Harriet Bratcher vs. Pfizer Inc, et al.*
    (08-0795 CRB)

20  *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)

21

22  *Ramond Beaver vs. Pfizer Inc, et al.*
    (08-1015 CRB)

23  *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)

24

25  *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
    (08-1224 CRB)

26  *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)

27

28  *Tim Gray vs. Pfizer Inc, et al.*
    (08-1434 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1

1
2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
5  *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
   (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
8  *Velma Burt vs. Pfizer Inc, et al.*
   (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
11 *Lawanda Bell vs. Pfizer Inc, et al.*
   (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15  each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22      DATED: 10 2 2009      By: Maren Ward J.

23

24                              **BEASLEY, ALLEN, CROW, METHVIN,**
                                **PORTIS & MILES, P.C.**
                                218 Commerce Street
25                              P.O. Box 4160
                                Montgomery, Alabama 36103
26                              Telephone: 334-269-2343
                                Facsimile: 334-954-7555
27
                                *Attorneys for Plaintiffs*
28

                                        -5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1    DATED: Oct. 29, 2009    By: _____

2

3                                **DLA PIPER LLP (US)**
                                 1251 Avenue of the Americas
4                                New York, New York 10020
                                 Telephone: 212-335-4500
5                                Facsimile: 212-335-4501

6                                *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
9    **IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009    _____

12                          Hon. Charles R. Breyer
                            United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/1132569v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1